# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| JONATHAN STOCKTON,<br><br>                     Plaintiffs,<br><br>v.<br><br>TD BANK, N.A., AND DOES 1 through 10, inclusive<br>                     Defendants. | Civil Action No: 13-2524 (CCC)<br><br><br>**ORDER** |

This matter comes before the Court on Stockton's ("Plaintiff") motion seeking to remand this case to state court (Docket No. 3). On September 9, 2013, Magistrate Judge Mark Falk issued a Report and Recommendation that this matter is properly before this Court. No objections have been filed thereto. The Court has considered the submissions of the parties, and Judge Falk's Report and Recommendation, dated September 9, 2013, and for substantially the same reasons stated therein,

IT IS on this 25th day of September, 2013

**ORDERED** that this Court adopts Judge Falk's September 9, 2013 Report and Recommendation and thus denies Plaintiff's motion to remand.

                                                 *s/ Claire C. Cecchi*
                                        **HON. CLAIRE C. CECCHI**
                                        **United States District Judge**